UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA    )
                            )
        vs.                 )   Criminal No. 21-CR-10183-WGY
                            )
                            )
GAIUS MONTEYRO,             )
            DEFENDANT       )
_____)

### AFFIDAVIT OF GAIUS MONTEYRO

Now comes, Gaius Monteyro and deposes and states as follows:

1. I am the Defendant in USA vs. Yut, et al, docket number 21-CR-10183-WGY.

2. As a condition of my pretrial release, I was ordered to surrender my passport. I thought my passport was in my home, however after searching for it, I could not find it. I then contacted my former girlfriend, thinking my passport might be located at her residence. After a search, she indicated she did not have the passport.

3. Under these circumstances, I am unable to surrender my passport, but will continue to search for it.

Signed under the pains and penalties of perjury on this 15th day of June, 2021.

_____
Gaius Monteyro